**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1266**

NATHANIEL HUNTER,

                                        Plaintiff - Appellant,

        versus

ANNA MAE DICKSON, sued as Estate of Anna Mae
Dickson, MARY K. GIST, sued as Estate of Mary
K. Gist,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (CA-00-99-3-17BD)

Submitted:  May 11, 2000              Decided:  May 16, 2000

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Hunter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel Hunter appeals from district court's orders: (1) accepting the magistrate judge's recommendation to dismiss without prejudice his action in which he challenges a state court ejectment proceeding, and (2) denying his motion for reconsideration. Our review of the record discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hunter v. Dickson, No. CA-00-99-3-17BD (D.S.C. Feb. 1 & Feb. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2